Submitted December 19, 2016, reversed February 23, 2017

In the Matter of D. J.,
a Person Alleged to have a Mental Illness.
## STATE OF OREGON,
*Respondent,*

*v.*

## D. J.,
*Appellant.*

## Marion County Circuit Court
16CC03460; A162481

389 P3d 412

Eric J. Deitrick and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jordan R. Silk, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Egan, Judge, and Lagesen, Judge.

## PER CURIAM

The trial court committed appellant to the custody of the Oregon Health Authority for a period not to exceed 180 days after determining that he suffered from a mental disorder that rendered him a danger to himself and to others. ORS 426.130; ORS 426.005(1)(f). On appeal, appellant argues that the record does not contain legally sufficient evidence to support that determination. The state concedes that the record is legally insufficient in that regard and that the order of commitment should be reversed. We agree and accept the state's concession.

Reversed.